IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TYRELL TAYLOR HINES | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 15-2628 |
| JOHN DOE, OPERATIONS AND SHIFT COMMANDER, ALLENTOWN, PD, et al | : | |

### ORDER

AND NOW, this 8th day of June 2015, upon consideration of the Plaintiff's Motion for Reconsideration (ECF Doc. No. 3) and upon review of the Complaint, it is **ORDERED**:

1. Plaintiff's Motion (ECF Doc. No. 3) is **GRANTED** and Plaintiff's leave to proceed in forma pauperis is **GRANTED**. Plaintiff, Tyrell Taylor Hines, #LG3758, shall pay the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on Plaintiff's financial statement, an initial partial filing fee of nine dollars ($9.00) is assessed. The Superintendent or other appropriate official at SCI Huntingdon or at any other correctional facility at which Plaintiff may be confined, is directed to deduct nine dollars ($9.00) from Plaintiff's prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 15-2628. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at SCI Huntingdon or at any prison at which Plaintiff may be confined, shall deduct from Plaintiff's account, each time Plaintiff's prisoner account exceeds ten dollars ($10.00), an amount no greater than twenty percent (20%) of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 15-2638;

2. As detailed in the accompanying Memorandum, this Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

4. The Clerk of Court is directed to send a copy of this Order to the Superintendent of SCI Huntingdon; and,

5. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.